IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FIORENTINE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARVELL SEMICONDUCTOR INC.,<br><br>　　　　　Defendant. | Case No. 24-cv-01136-MMC<br><br>**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

The Court, by order filed concurrently herewith, having stayed plaintiff's claims pending arbitration, it is hereby ORDERED that the above-titled case is CLOSED for statistical purposes only. Nothing contained in this order shall be considered a dismissal or disposition of this action, and, should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: June 14, 2024

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge